■ SERGEY BOYER, Appellant, v MARY PACIFICO, Respondent. [772 NYS2d 609]—In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Queens County (LeVine, J.), dated September 11, 2002, which denied his motion, denominated as one for leave to renew and reargue, but which was, in effect, for leave to reargue his prior cross motion to restore the action.

Ordered that the appeal is dismissed, without costs or disbursements.

The plaintiff's motion, denominated as one for leave to renew and reargue, was not based on new facts which were unavailable to him at the time of the defendant's motion to dismiss and his prior cross motion to restore the case to the trial calendar. Therefore, the motion was, in effect, one for leave to reargue, the denial of which is not appealable (*see Ali v Tip Top Tows,* 304 AD2d 683 [2003]; *Tittman v Rappaport,* 287 AD2d 709 [2001]). Prudenti, P.J., Florio, H. Miller, Schmidt and Cozier, JJ., concur.

■ BRANDYWINE REALTY TRUST, Respondent, v BLODNICK, BLODNICK & ZELIN, P.C., Defendants, and BLODNICK, GORDON, BLODNICK & ZELIN, et al., Appellants. [772 NYS2d 602]—In an action to recover damages for breach of a lease, the defendants Blodnick, Gordon, Blodnick & Zelin and Blodnick, Gordon, Fletcher & Sibell, P.C., appeal from an order of the Supreme Court, Nassau County (Peck, J.), dated November 20, 2002, which denied their joint motion for summary judgment dismissing the complaint insofar as asserted against them.

Ordered that the order is affirmed, with costs.

The Supreme Court properly denied the appellants' motion for summary judgment dismissing the complaint insofar as asserted against them. In opposition to the appellants' prima facie showing of entitlement to judgment as a matter of law, the plaintiff raised triable issues of fact as to the appellants' successor liability for the subject lease (*see Schumacher v Richards Shear Co.,* 59 NY2d 239, 245 [1983]; *Jelvakov v AHL Processing Equip.,* 3 AD3d 519 [2004]; *Fitzgerald v Fahnestock & Co.,* 286 AD2d 573 [2001]; *Ladenburg Thalmann & Co. v Tim's Amusements,* 275 AD2d 243 [2000]; *Graham v James,* 144 F3d 229, 240 [2d Cir 1998]). Krausman, J.P., Schmidt, Cozier and Mastro, JJ., concur.